UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FAUBEL,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. 1:25-cv-00313-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 22). |

    On September 25, 2025, the parties filed a stipulation of dismissal, stating as follows:

    Plaintiff Yolanda Faubel ("Plaintiff") and Defendant Portfolio Recovery Associates, LLC ("Defendant") (together, the "Parties"), through their counsel of record, jointly stipulate to dismiss the above-captioned action, in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

(ECF No. 22, p. 1). The parties further "agree to bear their own fees and costs." (*Id.* at 2).

    Given this stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class claims, and with each party to bear their own attorney fees and costs.

    Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**September 26, 2025**__            /s/ *Erica P. Grosjean*
                                               UNITED STATES MAGISTRATE JUDGE

1